[No. 13892-1-II.  Division Two.  July 8, 1992.]

KITSAP COUNTY, *Respondent*, v. WILLIAM SESKO, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-2-00751-8, James I. Maddock, J., entered April 13, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 15134-1-II.  Division Two.  July 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN A. NAGEL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00180-6, James B. Sawyer II, J., entered April 15, 1991. *Reversed* by unpublished per curiam opinion.

[No. 14694-1-II.  Division Two.  July 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD O. TUENGE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00565-6, Leonard W. Kruse, J., entered January 30, 1991. *Affirmed* and *remanded* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Seinfeld, JJ.